UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CR99-544-JCC |
| Plaintiff, ) | |
| ) | |
| v. ) | SUMMARY REPORT OF U.S. |
| ) | MAGISTRATE JUDGE AS TO |
| OBED RONALDO MAEDA-ESQUIVEL, ) | ALLEGED VIOLATIONS |
| ) | OF SUPERVISED RELEASE |
| Defendant. ) | |
| _____ ) | |

An evidentiary hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on October 14, 2008. The United States was represented by Assistant United States Attorney Ronald Friedman, and the defendant by Jay Stansell. The proceedings were digitally recorded.

The defendant had been charged and convicted of Distribution of Cocaine (4 counts) and Possession of Cocaine With Intent to Distribute (1 count), in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) and 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B) and 18 U.S.C. 2. On or about March 24, 2000, defendant was sentenced by the Honorable John C. Coughenour to a term of thirty-seven (37) months in custody, to be followed by five (5) years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special

conditions imposed included, but were not limited to, substance abuse program, prohibition from possessing a firearm or destructive device, drug testing, drug aftercare, shall not obtain or possess any driver's license, social security number, birth certificate, passport, or any other form of identification without the prior written approval of defendant's probation officer, not to use any name other than defendant's true legal name, search, and if deported, shall not reenter the United States without permission of the Immigration and Naturalization Service. If granted permission to reenter, shall contact the nearest United States Probation Office within 72 hours of reentry.

In a Petition for Warrant or Summons, dated January 23, 2006, U.S. Probation Officer Todd A. Sanders asserted the following violations by defendant of the conditions of his supervised release:

(1) Entering the United States without permission of the Bureau of Immigration and Customs Enforcement on or before June 6, 2005, after having been deported on May 2, 2002, in violation of special condition #6 and the standard condition that he not commit another federal, state or local crime.

On October 7, 2008, defendant made his initial appearance. The defendant was advised of the allegations and advised of his rights. On October 14, 2008, defendant appeared for an evidentiary hearing on the alleged violation. Defendant admitted to violation 1.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violation 1, and that the Court conduct a hearing limited to disposition. A disposition hearing on these violations has been set before the Honorable John C. Coughenour on October 31, 2008 at 9:00 a.m.

//

//

Pending a final determination by the Court, the defendant has been detained.

DATED this 14th day of October, 2008.

*James P. Donohue*
_____
JAMES P. DONOHUE
United States Magistrate Judge

cc:  District Judge:        Honorable John C. Coughenour
     AUSA:                  Mr. Ronald Friedman
     Defendant's attorney:  Mr. Jay Stansell
     Probation officer:     Mr. Todd A. Sanders

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS
OF SUPERVISED RELEASE
PAGE 3